IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MOHAMMAD DIN | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Action No.  8:20-cv-1001 |
| | * | MCCC Civil No. 476691-V |
| MONTGOMERY COUNTY, MARYLAND | * | |
| | * | |
| Defendant | * | |

## NOTICE OF REMOVAL

Defendant Montgomery County, Maryland, by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331 and 1441, hereby gives notice of its removal of the above-referenced case and further states:

1.　　This action was commenced in the Circuit Court of Montgomery County, Maryland, through the filing of the Complaint on December 16, 2019.  The Complaint alleged that Montgomery County, Maryland ("Montgomery County") violated Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq., the Americans with Disabilities Act, 42 U.S.C. § 42 U.S.C. § 12101, et. seq., the Rehabilitation Act of 1973, 29 U.S.C.S. § 794 (Section 504), the Age Discrimination in Employment Act, 29 U.S.C.S. § 621, and Maryland Code and Montgomery Code anti-discrimination law under Md. Code Ann., State Gov't § 20-602 and Article 1, Chapter 27 of Montgomery County Code, Section 27-19, when it failed to promote Plaintiff to the Program Specialist II position on May 26, 2016.

2.　　On March 20, 2020, Defendant Montgomery County was served with the summons and Complaint.

3.　　Counts I-IV of the Complaint, pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq., the Americans with Disabilities Act, 42 U.S.C. § 42 U.S.C. § 12101, et.

1

seq., the Rehabilitation Act of 1973, 29 U.S.C.S. § 701, the Age Discrimination in Employment Act, 29 U.S.C.S. § 621, allege federal questions which fall within the original jurisdiction of this Court under 28 U.S.C. § 1331.

4. Consequently, this provides grounds for removal under 28 U.S.C. § 1441.

5. True and legible copies of all process, pleadings, documents, and orders which have been served upon that the County will be filed as an attachment to the instant Notice of Removal, along with a copy of the docket entries from the Circuit Court case.

**WHEREFORE**, the Defendant Montgomery County, Maryland, respectfully requests that this Court remove the instant lawsuit from the Circuit Court for Montgomery County, Maryland, to the United States District Court for the District of Maryland.

> Respectfully submitted,
>
> MARC P. HANSEN
> County Attorney
>
> /s/
> Patricia Lisehora Kane, Chief
> Litigation Division
> Federal Bar No. 13621
> (signed by Jeannette Frumkin with the permission of Patricia Kane)
> patricia.kane@montgomerycountymd.gov
>
> /s/
> Jeannette L. Frumkin
> Associate County Attorney
> Federal Bar No. 19711
> jeannette.frumkin@montgomerycountymd.gov
>
> Attorneys for Defendant Montgomery County, Maryland
> 101 Monroe Street, Third Floor
> Rockville, Maryland 20850
> (240) 777-6700

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of April, 2020, a copy of the foregoing, was mailed by first-class mail, postage prepaid, to:

Jason Shafer, Esquire
Shafer Associates, LLC
230 N. Washington Street, Suite 200
Rockville, MD 20850
*Attorney for Plaintiff*

                                                /s/
                                          Jeannette L. Frumkin
                                          Associate County Attorney