# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| MOHAMMAD DIN,<br><br>    Plaintiff,<br><br>    v.<br><br>MONTGOMERY COUNTY,<br><br>    Defendant. | Civil Action No. TDC-20-1001 |

### ORDER

On July 21, 2020, Defendant Montgomery County filed a Partial Motion to Dismiss. The Case Management Order states that "[n]o motions may be filed without first seeking a pre-motion conference with the Court." Case Management Order § II.A.1, ECF No. 9. Montgomery County has not sought a pre-motion conference with the Court.

Accordingly, it is hereby ORDERED that:

1. The Motion to Dismiss, ECF No. 10, is DENIED WITHOUT PREJUDICE.

2. If Montgomery County seeks to file a Motion to Dismiss, it must file a Notice of Intent to File a Motion ("NOI") pursuant to section II.A.2 of the Case Management Order, ECF No. 9, by **August 3, 2020**.

3. If Montgomery County files a timely NOI, a pre-motion conference will be held on **August 5, 2020 at 11:00 a.m**. To join the call at the scheduled time:

    o Dial **1-888-557-8511**.
    o Enter access code **3008173**, followed by the # key. You will then be placed on hold until Chambers dials into the call, at which point you will be prompted to enter a security code.
    o When prompted, enter security code **08051100** followed by the # key.

The call will be recorded, so please do not use speakerphones as they compromise sound quality.  Also, we ask that parties not remain on the conference line after the Judge has left the call, to ensure that the line is free for other calls that may be on the Judge's calendar.

Date:  July 30, 2020                    /s/  *Theodore D. Chuang*
                                                                  THEODORE D. CHUANG
                                                                  United States District Judge