**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

MOHAMMAD DIN,

   Plaintiff,

   v.

MONTGOMERY COUNTY, MARYLAND,

   Defendant.

Civil Action No. TDC-20-1001

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that the Motion for Summary Judgment, ECF No. 33, is GRANTED.

The Clerk is directed to close this case.

Date: January 3, 2022

    /s/ *Theodore D. Chuang*
    THEODORE D. CHUANG
    United States District Judge